```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                                           **CRIMINAL NO. 3:06-CR-84**

**FRANKLIN ALFONSO MELLADO**
**OBERTO**

### JUDGMENT OF DISMISSAL

In accordance with Rule 48(b) of the Federal Rules of Criminal Procedure and the Opinion and Order entered in this case on this day, this case is hereby dismissed, without prejudice.

SO ORDERED this the 27th day of July, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE